McELROY, DEUTSCH, MULVANEY
& CARPENTER, LLP
1300 Mount Kemble Avenue
P. O. Box 2075
Morristown, New Jersey 07962-2075
(973) 993-8100
Attorneys for Plaintiff
The Northwestern Mutual Life Insurance Company

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

THE NORTHWESTERN MUTUAL
LIFE INSURANCE COMPANY,

Plaintiff,

vs.

STEVEN LITT and TRACY COPPLE-
LITT,

Defendants.

C.A. No.:  2:11-cv-6456(WHW)(MCA)

CIVIL ACTION – WAIVER OF SERVICE OF SUMMONS AND COMPLAINT

TO:   Valerie G. Pennacchio, Esq.
      1300 Mount Kemble Avenue
      P.O. Box 2075
      Morristown, NJ  09762-2075
      973-993-8100
      Attorneys for Plaintiff,
      The Northwestern Mutual Life Insurance Company

I, Walter Saurack, Esq., on behalf of Mr. Steven Litt, acknowledge receipt of your request

that I waive service of the summons in an action entitled The Northwestern Mutual Life Insurance

Company vs. Steven Litt, et al.

1509363v4

I agree to save the cost of service of the summons and additional copy of the complaint in this lawsuit by not requiring I be served with judicial process in this matter provided by Rule 4.

I understand that a judgment may be entered against ~~me for the~~ parties on whose behalf I am acting if an answer or motion under Rule 12 is not served ~~upon you~~ within 60 days after November 16, 2011.

Date: _11/21/11_          By: _____

                          Signature

1681983_1