McELROY, DEUTSCH, MULVANEY
& CARPENTER, LLP
1300 Mount Kemble Avenue
P. O. Box 2075
Morristown, New Jersey 07962-2075
(973) 993-8100
Attorneys for Plaintiff
The Northwestern Mutual Life Insurance Company

| | |
|---|---|
| THE NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>STEVEN LITT and TRACY COPPLE-LITT,<br><br>Defendants. | UNITED STATES DISTRICT COURT<br>DISTRICT OF NEW JERSEY<br><br>Civil Action No.:<br><br>2-11-cv-6456(WHW)(MCA) |

### CIVIL ACTION -- CONSENT ORDER EXTENDING DEFENDANT'S TIME TO ANSWER THE COMPLAINT

This matter being opened to the court by McElroy, Deutsch, Mulvaney & Carpenter, LLP, attorneys for plaintiff The Northwestern Mutual Life Insurance Company ("Northwestern"), and Satterlee Stephens Burke & Burke, LLP attorneys for defendant Steven Litt on joint-application for an order permitting defendant Steven Litt to file his Answer to Northwestern's Complaint out of time, and the Court having considered the application and good cause appearing; it is on this _____ day of _____, 2012,

**ORDERED** that defendant Steven Litt be and hereby is permitted to serve and file his Answer to Northwestern's Complaint on or before February 10, 2012; and it is further

**ORDERED** that a copy of this Order must be served upon counsel for all parties within seven days.

HON. WILLIAM H. WALLS, U.S.D.J.

The parties hereby consent to the form and content of the above.

**McElroy, Deutsch, Mulvaney & Carpenter, LLP**
Attorneys for plaintiff
The Northwestern Mutual Life Insurance Company

By: VALERIE G. PENNACCHIO

**Satterlee Stephens Burke & Burke, LLP**
Attorneys for defendant Steven Litt

By: WALTER SAURACK, ESQ.