McELROY, DEUTSCH, MULVANEY
& CARPENTER, LLP
1300 Mount Kemble Avenue
P. O. Box 2075
Morristown, New Jersey 07962-2075
(973) 993-8100
Attorneys for Plaintiff
The Northwestern Mutual Life Insurance Company

| | |
|---|---|
| THE NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY, <br><br> Plaintiff, <br><br> vs. <br><br> STEVEN LITT and TRACY COPPLE-LITT, <br><br> Defendants. | UNITED STATES DISTRICT COURT <br> DISTRICT OF NEW JERSEY <br><br> Civil Action No.: <br><br> 2-11-cv-6456(WHW)(MCA) |

**CIVIL ACTION – CONSENT ORDER EXTENDING DEFENDANT'S TIME TO ANSWER THE COMPLAINT**

This matter being opened to the court by McElroy, Deutsch, Mulvaney & Carpenter, LLP, attorneys for plaintiff The Northwestern Mutual Life Insurance Company ("Northwestern"), and Satterlee Stephens Burke & Burke, LLP attorneys for defendant Steven Litt on joint-application for an order permitting defendant Steven Litt to file his Answer to Northwestern's Complaint out of time, and the Court having considered the application and good cause appearing; it is on this _____8_____ day of ___Feb___, 2012,

**ORDERED** that defendant Steven Litt be and hereby is permitted to serve and file his Answer to Northwestern's Complaint on or before February 10, 2012; and it is further

**ORDERED** that a copy of this Order must be served upon counsel for all parties within seven days.

*[signature]*
Magistrate Judge Madeline Cox Arleo

The parties hereby consent to the form and content of the above.

**McElroy, Deutsch, Mulvaney & Carpenter, LLP**
Attorneys for plaintiff
The Northwestern Mutual Life Insurance Company

By: *[signature]*
       VALERIE G. PENNACCHIO

**Satterlee Stephens Burke & Burke, LLP**
Attorneys for defendant Steven Litt

By: *[signature]*
       WALTER SAURACK, ESQ.